[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JULY 12, 2007
THOMAS K. KAHN
CLERK

_____

No. 06-13569
Non-Argument Calendar

_____

D. C. Docket No. 04-60072-CR-KAM

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RICHARD HINDS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

**(July 12, 2007)**

Before WILSON, PRYOR and KRAVITCH, Circuit Judges.

PER CURIAM:

Robin Farnsworth, counsel for Richard Hinds in this appeal from his re-

sentencing, which was mandated in <u>United States v. Hinds</u>, case 05-11166 (11th Cir. January 31, 2006) (unpublished opinion), when we affirmed his conviction, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because we previously affirmed Hinds's conviction, and because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Hinds's sentence imposed by the district court on May 12, 2006, is **AFFIRMED**.